

**U.S. Department of Justice**

**United States Attorney's Office**
**District of New Jersey**
*Civil Division*

---

*Alex Silagi*
*Assistant United States Attorney*
*Deputy Chief, Civil Division*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*alex.silagi@usdoj.gov*

main:  (973) 645-2700
direct: (973) 353-6001
fax:   (973) 297-2010

February 5, 2026

**BY ECF**
Hon. Katharine S. Hayden, U.S.D.J.
U.S. District Court for the District of New Jersey
2 Federal Square
Newark, NJ 07101

> Re:  ***Huang v. Bondi,*** **No. 26-813**
> **Request for Extension (On Consent)**

Dear Judge Hayden:

This Office represents Respondents in this habeas matter, in which Petitioner alleges he was denied due process at a recent bond hearing. We write to respectfully request a two-day extension of the deadline to respond to the allegations and to file a transcript of the hearing, ECF No. 3, from February 9 to February 11, 2026. Petitioner's counsel consents to this request.

Good cause exists for this request because it will provide Respondents additional time to obtain a certified transcription of the bond hearing. ICE has informed this Office that the immigration court generally does not transcribe bond hearings, but it does digitally record them. Yesterday, this Office obtained the digital audio recording of Petitioner's bond hearing from the immigration court and sent the recording to a certified court reporter for transcription on expedited basis. The court reporter informed this Office today that the fastest it can complete the transcription is Tuesday, February 10, the day after Respondents' response deadline. Respondents accordingly request an extension until February 11 to file the transcript and Respondents' response to Petitioner's allegations.

Thank you for your attention to this matter.

Respectfully submitted,

SO ORDERED this day of February 5, 2026
s/Katharine S. Hayden
Hon. Katharine S. Hayden, U.S.D.J.

TODD BLANCHE
U.S. Deputy Attorney General

JORDAN FOX
Chief of Staff &

Associate Deputy Attorney General
Special Attorney

By:    *s/ Alex Silagi*
       ALEX D. SILAGI
       Assistant United States Attorney
       Deputy Chief, Civil Division
       *Attorneys for Respondents*

cc:    Counsel of record (by ECF)

2